UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **14 CR 685** |
| v. | ) | |
| | ) | Violation: Title 26, United States |
| JOSEPH J. JACOBI | ) | Code, Section 7203 |

## COUNT ONE

**MAGISTRATE JUDGE KIM**

The UNITED STATES ATTORNEY charges:

On or about April 15, 2009, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSEPH J. JACOBI,

defendant herein, having received gross income in excess of $17,900 and thereby being required by law, following the close of the calendar year 2008 and on or before April 15, 2009, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

FILED

NOV 21 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about April 15, 2010, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSEPH J. JACOBI,

defendant herein, having received gross income in excess of $18,700 and thereby being required by law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

## **COUNT THREE**

The UNITED STATES ATTORNEY further charges:

On or about April 18, 2011, in the Northern District of Illinois, Eastern Division, and elsewhere,

## JOSEPH J. JACOBI,

defendant herein, having received gross income in excess of $18,700 and thereby being required by law, following the close of the calendar year 2010 and on or before April 18, 2011, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

*Zachary T. Fardon by CPH*
UNITED STATES ATTORNEY