

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 14 CR 685 |
| v. | ) | |
| | ) | Judge: Young B. Kim |
| Joseph J. Jacobi | ) | |

## ORDER

Initial appearance proceedings held. Arraignment and plea held. Defendant Joseph J. Jacobi self-surrendered on December 4, 2014. Defendant informed of his rights. In the interest of justice, the court appoints Attorney Matthew Madden of the Federal Defender Panel as counsel for Defendant for arraignment only. Defendant enters a plea of not guilty to the Information. Defendant's oral motion for time to retain private counsel is granted. The government and Defendant agreed on conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. A status hearing is scheduled for December 16, 2014, at 11:00 a.m. in courtroom 1019 to check the status on Defendant's legal representation. In the interest of justice, time is ordered excluded until the next status hearing pursuant to 18 U.S.C. §§3161 (h)(7)(A), (h)(7)(B)(iv).

(00:15 arraignment)

Date: December 4, 2014              /s/ Young B. Kim