

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| USA | Case No: 14 CR 685 |
| v. | |
| Joseph Jacobi | Judge: Young B. Kim |

## ORDER

Status hearing held. Attorney Matthew Madden appeared on behalf of Defendant as retained counsel. Parties are to complete their Rule 16.1(a) conference by January 9, 2015. Pretrial motions, if any, to be filed by January 30, 2015. A status hearing is scheduled for February 3, 2015, at 11:00 a.m. in courtroom 1019. The government's oral motion to exclude time, for the reasons stated in open court, is granted and the time until the next status hearing pursuant to 18 U.S.C. 3161(h)(7)(A). Defendant did not oppose the motion.

(00:10 nfpc)

Date: December 19, 2014             /s/ Young B. Kim