IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | The Honorable |
| | ) | Young B. Kim |
| JOSEPH J. JACOBI | ) | |
| | ) | No. 14 CR 685 |

## MOTION TO PROCEED BEFORE THE DISTRICT COURT

Defendant JOSEPH JACOBI, by his attorney, MATTHEW J. MADDEN, respectfully moves to proceed with the case before the district court. In further support of this motion, Mr. Jacobi submits the following:

1. On November 21, 2014, Mr. Jacobi was charged by information with three misdemeanor counts of failing to file a tax return, pursuant to 26 U.S.C., Section 7203. On December 4, Mr. Jacobi appeared before this Honorable Court for arraignment and pled not guilty to all counts.

2. A defendant has a right to trial, judgment, and sentencing before the district court, unless the defendant consents to proceed before a magistrate judge. *See* FED. R. CRIM. P. 58(b)(2)(E). A magistrate judge may not proceed with the case unless the defendant – either in writing or orally on the record – expressly waives the right to proceed before the district court and consents to proceed before the magistrate judge. *See* 18 U.S.C. Section 3401(b); 28 U.S.C. Section 636(a)(5); FED. R. CRIM. P. 58(b)(2)(E).

3. Mr. Jacobi does not waive his right to proceed before the district court and

respectfully requests that the case be transferred to the district court.

          Respectfully submitted,


          By:_*Matthew J. Madden*_____
          Matthew J. Madden


MATTHEW J. MADDEN
Attorney At Law, LLC
209 S. LaSalle, 7th Floor
Chicago, IL 60604
(312) 762-9473