**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 14 CR 685** |
| v. | ) | |
| | ) | **Judge Young B. Kim** |
| **JOSEPH J. JACOBI** | ) | |

**NOTICE OF MOTION**

To: Paul Tzur
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, February 3, 2015, at 11:00 a.m., we shall appear before the Honorable Young B. Kim, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

- **MOTION TO PROCEED BEFORE THE DISTRICT COURT**

Respectfully submitted,

By: *s/ Matthew J. Madden*
Matthew J. Madden

MATTHEW J. MADDEN
Attorney At Law, LLC
209 S. LaSalle, 7th Floor
Chicago, IL 60604
(312) 762-9473