# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                               Case No.: 1:14–cr–00685
                                                                 Honorable Young B. Kim

Joseph J Jacobi

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2015:

      MINUTE entry before the Honorable Young B. Kim as to Joseph J Jacobi: Defendant's motion to proceed before a District Judge [13] is granted. Appearance is not necessary on February 3, 2015, to present this motion. The status hearing scheduled for February 3, 2015, is cancelled. This case will be reassigned to a District Judge. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.