# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                               Case No.: 1:14–cr–00685

                                        Honorable Virginia M. Kendall

Joseph J Jacobi

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2015:

     MINUTE entry before the Honorable Virginia M. Kendall:as to Joseph J Jacobi, Status hearing held on 3/5/2015 and continued to 5/7/2015 @ 9:30 AM. Time is hereby excluded from 12/19/2014 to 5/7/2015 pursuant to 18:3161(h)(7)(B)(iv). The Court modifies conditions of release to include mental health evaluation and treatment based upon the statement of defense counsel. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.